OPINION — AG — IN VIEW OF 47 O.S. 1980 Supp., 2-300 [47-2-300] (8), TIME OF SERVICE CREDITED UNDER THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM TO EMPLOYEES OF THE COMMUNICATIONS DIVISION OF THE DEPARTMENT OF PUBLIC SAFETY CANNOT BE INCLUDED AS "CREDITED SERVICE" UNDER THE OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM. CITE: 47 O.S. 1980 Supp., 2-300(5), 47 O.S. 1980 Supp., 2-3-1 [47-2-2-3-1], 47 O.S. 1975 Supp., 2-302 [47-2-302], OPINION NO. 80-268 (DEPARTMENT OF PUBLIC SAFETY, RETIREMENT SYSTEM) (BRENT S. HAYNIE) ** SEE OPINION NO. 90-680 (1990)